UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GUILD MORTGAGE COMPANY LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER FLOWERS, CORY FLYNN, and LISA JOLLIFFE,<br><br>Defendants. | No.<br><br>GUILD MORTGAGE COMPANY LLC'S PETITION AND MOTION TO CONFIRM ARBITRATION AWARD |

Plaintiff, Guild Mortgage Company LLC (hereinafter "Guild"), by its attorneys, submits this Petition and Motion to Confirm Arbitration Award against Christopher Flowers, Cory Flynn, and Lisa Jolliffe ("Defendants") stating as follows:

## I.    PRELIMINARY STATEMENT

1.    Guild seeks an order from this Court pursuant to the Federal Arbitration Act, 9 U.S.C. § 9, confirming the JAMS Final Award issued and signed by the Arbitrator Charles H. Dick, Jr., on September 13, 2023, in the arbitration titled *Guild Mortgage Company LLC v. Christopher "Jordan" Flowers, et al.*, JAMS Ref. No. 10038185, and served on the parties on

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745
Fax: (206) 623-7789

September 21, 2023 (the "Final Award"), and entering judgment thereon pursuant to 9 U.S.C. § 13. Attached hereto as Exhibit 1 is a true and correct copy of the Final Award, which is incorporated herein by reference. Declaration of Eric B. Schwartz ("Schwartz Decl."), Ex. 1. The arbitration proceeding, described in further detail below, arises from Defendants' breaches of their employment agreements and violations of their other legal duties during their employment in Washington. *See, id.*

2.      As of the time of this filing, Defendants have not complied with the Award nor indicated that they will do so. Indeed, counsel for Defendants have stated that they do not intend to pay for the full amount of damages under the award. Schwartz Decl. at ¶ 2.

## II.      PARTIES

3.      Guild is a residential mortgage lender founded in 1960. It employs loan originators across the country to sell residential mortgage loans to retail consumers. For diversity purposes, it is a citizen of Delaware and California. *See* Guild Mortgage Company LLC's Corporate Disclosure Statement and Notification to Affiliates filed herewith.

4.      Defendant Christopher Flowers is an individual.

5.      Defendant Cory Flynn is an individual.

6.      Defendant Lisa Joliffe is an individual.

7.      Upon information and belief, defendants reside in and are citizens of Washington.

## III.      JURISDICTION AND VENUE

8.      This court has subject matter jurisdiction over this petition under 28 U.S.C. § 1332(a)(1) because Guild and Defendants are citizens of different states and the amount in controversy exceeds $75,000 exclusive of interest and costs.

*GUILD MORTGAGE COMPANY, LLC'S PETITION TO CONFIRM ARBITRATION AWARD - 2*

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745
Fax: (206) 623-7789

9.    Additionally, this Court has subject matter jurisdiction and personal jurisdiction over Defendants pursuant to 9 U.S.C. § 9, because the Award was issued less than one year before this Petition is being filed and notice of this Petition is being served upon Defendants concurrent with this filing.

10.    Venue is proper under 28 U.S.C. § 1391(b)(2) as, upon information and belief, the Defendants reside in counties located within the Western District of Washington. Schwartz Decl. ¶ 3.

### IV.    FACTS

11.    On August 13, 2021, Guild filed a Demand for Arbitration and Statement of Claim with JAMS. Schwartz Decl., Ex. 2. The JAMS proceeding initiated by Guild was captioned *Guild Mortgage Company, LLC v Christopher "Jordan" Flowers, et al.*, JAMS Ref. No. 10038185.

12.    Plaintiff's causes of action were set forth in written demands that were restated in a Second Amended Statement of Claim filed on September 8, 2022 ("Statement of Claim"). The Statement of Claim alleged, *inter alia*, that over the course of many months, Defendants engaged in a massive, coordinated effort to divert as many customers and employees from Guild to a competing mortgage bank, CrossCountry Mortgage ("CrossCountry"), as they could. In doing so, they utilized Guild's own resources, files, technology, and computer systems; stole substantial amounts of Guild information; recruited away Guild's employees; and created confusion among Guild's customers. Schwartz Decl., Exhibit 3.

*GUILD MORTGAGE COMPANY, LLC'S PETITION TO CONFIRM ARBITRATION AWARD - 3*

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745
Fax: (206) 623-7789

13.     Guild asserted claims for Breach of Contract, Breach of Fiduciary Duties, Violation of California Penal Code section 502, Conversion, Fraud, Unfair Competition, Tortious Interference with Contract, Tortious Interference with Prospective Economic Advantage, and Unjust Enrichment. *Id.*

14.     On October 18, 2022, Defendants filed a response generally denying the allegations in the Statement of Claim, and asserted several affirmative defenses. Flowers also asserted a counterclaim alleging harassment constituting a hostile work environment and outrageous conduct intentionally inflicting emotional distress. Schwartz Decl., Ex. 4.

15.     On November 1, 2022, Guild filed an answer to Flowers' counterclaim, generally denying the allegations and asserting a number of defenses. Schwartz Decl., Ex. 5.

16.     On October 13, 2021, JAMS duly appointed Charles H. Dick, Jr., ("Arbitrator") to preside over the arbitration. Schwartz Decl., Ex. 6.

17.     The Arbitrator concluded that both sides' claims were subject to binding arbitration. Schwartz Decl., Ex. 7.

18.     After approximately 20 months of proceedings (including fact discovery, expert discovery, resolution of discovery and expert-related disputes, and pre-hearing briefing), the Arbitrator presided over a 6-day evidentiary hearing held on April 18, 19, 20, 21, 24, and 25 in Seattle, Washington. Chad S. Hummel, Eric B. Schwartz, and Charles Lam of Sidley Austin LLP represented Guild at the hearing. Guild's in-house counsel also attended the hearing. Jeffrey L. Widman, Ketul D. Patel, and Cornelia Brandfield-Harvey of Fox Rothschild, LLP

*GUILD MORTGAGE COMPANY, LLC'S PETITION TO CONFIRM ARBITRATION AWARD - 4*

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745
Fax: (206) 623-7789

represented Defendants at the hearing. Defendants also attended portions of the hearing. Schwartz Decl. Ex. 1.

19.	At the evidentiary hearing, the Arbitrator received sworn oral testimony in person from Lisa Joliffe, Cory Flynn, Jordan Flowers, Chad Overhauser, Gina Durosko, P.J. Mooney, and Cindy Fraioli. Mr. Mooney's testimony was concluded virtually, and Guild tendered the deposition of Ryan Lee for the Arbitrator's consideration when Defendants elected not to call him as a witness on the final day of evidence. Opinion testimony of James M. Deitch (mortgage banking custom and practice), Jeffrey Kinrich (damages), and Neil Beaton (damages) was presented under oath. Schwartz Decl. Ex. 1.

20.	Following the hearing, on May 2, 2023, Defendants filed their Closing brief. Guild filed a responsive brief on May 5, 2023, at which time the matter was submitted. *Id.*

21.	On June 6, 2023, the Arbitrator issued an Interim Award and invited Guild to submit an Application for Attorneys' Fees and Costs.  Guild made its motion and Defendants opposed. *Id.*

22.	Defendants filed a Motion for Reconsideration on June 21, 2023, to which Guild initially filed an objection and ultimately served an Opposition. Defendants filed a reply, and subsequently oral argument on the Motion and on Guild's Application for Fees was heard via Zoom on August 9, 2023. *Id.*

23.	On August 14, 2023, in a related litigation between Guild and CrossCountry, the San Diego Superior Court granted a demurrer with leave to amend, and Respondent contended that the ruling required the Arbitrator to rule that certain claims were preempted by the

*GUILD MORTGAGE COMPANY, LLC'S PETITION TO CONFIRM ARBITRATION AWARD - 5*

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745
Fax: (206) 623-7789

California Uniform Trade Secrets Act. The parties submitted briefs on the issue, and oral argument was held on the issue via Zoom on August 30, 2023. The Arbitrator closed the evidentiary record on that date. *Id.*

24.    On September 13, 2023, the Arbitrator issued a Final Award in Guild's favor holding that: Guild is entitled to an award in its favor against each of Defendants jointly and severally on the claims for breach of contract, Breach of Fiduciary Duty, Violation of Penal Code section 502, Fraudulent Concealment, Unfair Competition, and Intentional Interference With Prospective Economic Advantage; given that the harm to Guild was a foreseeable result of Defendants' fraudulent conduct, Guild is entitled to prejudgment interest; Guild is entitled to an award for $7,424,446.00 for lost profits, which included prejudgment interest through March 31, 2023; Guild is entitled to an award of $500,000.00 from Defendant Flowers for exemplary damages; Guild is entitled to an award in its favor for restitutionary disgorgement of compensation severally imposed on Defendant Flowers for $252,782.00, on Defendant Flynn for $113,478.00, and on Defendant Joliffe for $17,642.00 (total disgorgement of $383,902.00); and Guild is entitled to an award of $2,359,584.00 for the recovery of attorneys' fees and an award of $68,547.00 for the recovery of costs (a total of attorneys' fees and costs of $2,428,131.00.). Schwartz Decl., Ex. 1.

25.    The Arbitrator also rejected Defendant Flowers' counterclaim in its entirety and dismissed it with prejudice. *Id*

26.    The Arbitrator's reasoned 57-page single-spaced Final Award discussed in detail the evidence presented by all parties. Based on the evidence, the Arbitrator concluded that:

*GUILD MORTGAGE COMPANY, LLC'S PETITION TO CONFIRM ARBITRATION AWARD - 6*

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745
Fax: (206) 623-7789

Defendants breached their contracts with Guild, including by taking and having subordinates take data residing on databases, thereby violating their contractual promises to treat that information as confidential and harming Guild; Defendants breached their fiduciary duties and took advantage of Guild by conspiring with a competitor, CrossCountry, in order to advance their prospects of future employment with CrossCountry while they were employed by Guild; Defendants violated Penal Code § 502 by gaining unauthorized access to or conspiring with their assistants to gain unauthorized access to Guild's databases and copying large amounts of data from Guild's databases, and California' Uniform Trade Secret Act ("CUTSA") does not preclude Guild's Penal Code § 502 claim; Defendants intentionally fraudulently concealed facts they were obligated to disclosed to Guild, and CUTSA does not preclude Guild's fraudulent concealment claim; Defendants violated California's' Unlawful Competition Law by engaging in unlawful and fraudulent acts; Defendants intentionally interfered with Guild's prospective economic advantage by capturing Guild's proprietary customer information; Defendants failed to carry their burden of proving any of their affirmative defenses; and Mr. Flowers' counterclaim is not supported by evidence and should be dismissed with prejudice for want of proof. Schwartz Decl. Ex. 1.

27.     On September 21, 2023, JAMS served the parties with the Final Award. Schwartz Decl., ¶ 10.

28.     The FINAL AWARD section of the Final Award states:

*GUILD MORTGAGE COMPANY, LLC'S PETITION TO CONFIRM ARBITRATION AWARD - 7*

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745
Fax: (206) 623-7789

    **1.**      **CHRISTOPHER "JORDAN" FLOWERS, CORY FLYNN, and LISA JOLIFFE, jointly and severally, shall pay $7,424,446.00 to GUILD MORTGAGE COMPANY, LLC., plus Attorney Fees and recoverable costs in the amount of $2,428,131.00, for a total of $9,852,577.00;**

    **2.**      **CHRISTOPHER "JORDAN" FLOWERS shall pay GUILD MORTGAGE COMPANY, LLC., the sum of $500,000.00 as Exemplary Damages;**

    **3.**      **CHRISTOPHER "JORDAN" FLOWERS shall disgorge and remit GUILD MORTGAGE COMPANY, LLC., the sum of $252,782.00;**

    **4.**      **CORY FLYNN shall disgorge and remit GUILD MORTGAGE COMPANY, LLC., the sum of $113,478.00;**

    **5.**      **LISA J,OLIFFE shall disgorge and remit GUILD MORTGAGE COMPANY, LLC., the sum of $17,642.00;**

    **6.**      **GUILD MORTGAGE COMPANY, LLC'S claims for Conversion and Tortious Interference With Contract shall be dismissed with prejudice;**

    **7.**      **CHRISTOPHER "JORDAN" FLOWERS' Counterclaim shall be dismissed with prejudice; 8. This Award resolves all issues submitted for decision in this proceeding.**

29.     Pursuant to JAMS Rules 24 and 25, the Award is a final award that is subject to judicial confirmation and enforcement.

30.     The Award has not been vacated under 9 U.S.C. § 10 or modified or corrected under 9 U.S.C. § 11, or any other law.

31.     Pursuant to 9 U.S.C. § 9, Guild brings this action within one year of the issuance of the Award.

*GUILD MORTGAGE COMPANY, LLC'S PETITION TO*
*CONFIRM ARBITRATION AWARD - 8*

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745
Fax: (206) 623-7789

32.     Notwithstanding the entry of the Final Award pursuant to the parties' binding agreements, Defendants have not yet complied with the terms of the Final Award including remitting payment to Guild. *See* Schwartz Decl. ¶ 2.

33.     Guild seeks confirmation now because Defendants have not complied with the Award nor indicated that they will do so. Indeed, counsel for Defendants have stated that they do not intend to pay for the full amount of damages under the award. Schwartz Decl. at ¶ 2.

### V.     COUNT ONE
### (Confirmation of Arbitration Award)

34.     The Federal Arbitration Act authorizes a party to an arbitration agreement to apply for an order confirming the arbitration award "any time within one year after the award." 9 U.S.C. § 9. "[T]he court **must** grant such an order unless the award is vacated, modified, or corrected as prescribed in sections 10 and 11 of this title." *Id.* (emphasis added).

35.     Defendants have not sought to vacate, modify, or challenge the Award. Therefore, the limited statutory grounds under Federal Arbitration Act Sections 10 and 11 are not present here.

36.     The Arbitrator's Final Award contains a thorough, reasoned, and accurate discussion of the facts and law. The Ninth Circuit, however, has held that the Court should confirm arbitration awards without reexamining the factual and legal reasoning of the Arbitrator because "confirmation is required even in the face of 'erroneous findings of fact or misinterpretations of law' . . . [and even if] the [Arbitrator] may have failed to understand or apply the law." *See, e.g., French v. Merrill Lynch, Pierce, Fenner & Smith, Inc.*, 784 F.2d 902, 906 (9th Cir. 1986) (citations omitted).

*GUILD MORTGAGE COMPANY, LLC'S PETITION TO CONFIRM ARBITRATION AWARD - 9*

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745
Fax: (206) 623-7789

37.    Guild is therefore entitled to prompt confirmation of the Award, along with entry of judgement in conformity with the Award.

## VI.    PRAYER

WHEREFORE, Guild respectfully requests that this Court:

1.    Issue an Order pursuant to 9 U.S.C. § 9 confirming the Award, attached as Exhibit 1 to the Schwartz Declaration, signed by the Arbitrator on September 13, 2023 and served on the parties on September 21, 2023;

2.    Enter Judgment in favor of Guild and against Defendants confirming the Final Award;

3.    Based on the arbitrator's finding that Guild is entitled to prejudgment interest, and taking into account that the arbitrator included prejudgment interest through June 30, 2023 in the award of Guild's lost profits, grant:

a.    Additional prejudgment interest on lost profits in the amount of $287,922.08 as of December 19, 2023, with daily prejudgment interest accruing thereafter at a rate of  $1,842.40 until the entry of judgment;

b.    Additional prejudgment interest on award of attorneys' fees and costs in the amount of $64,528.41 as of December 19, 2023, with daily prejudgment interest rate accruing thereafter at a rate of $665.24 until entry of judgment;

4.    Grant post judgment interest from date judgment is entered herein until judgment is satisfied in full;

5.    Grant the requested relief expeditiously; and

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745
Fax: (206) 623-7789

6.      Grant such other and further relief as the Court deems just and proper.

DATED this 19th day of December, 2023.

HILLIS CLARK MARTIN & PETERSON P.S.

By  s/ *Eric D. Lansverk*
        Eric D. Lansverk, WSBA #17218
        999 Third Avenue, Suite 4600
        Seattle, WA 98104
        206.623.1745
        eric.lansverk@hcmp.com

        Chad S. Hummel (*Pro Hac Vice to be filed*)
        chummel@sildey.com
        Eric B. Schwartz (*Pro Hac Vice to be filed*)
        eschwartz@sidley.com
        Renee Pesiri (*Pro Hac Vice to be filed*)
        rpesiri@sidley.com
        SIDLEY AUSTIN LLP
        555 West Fifth Street, Suite 4000
        Los Angeles, CA 90013
        213.896.6000

        *Counsel for Plaintiff Guild Mortgage Company, LLC*

I certify that this memorandum contains 2,252 words, in compliance with the Local Civil Rules.

ND: 23615.002 4865-5235-2405v1

*GUILD MORTGAGE COMPANY, LLC'S PETITION TO CONFIRM ARBITRATION AWARD - 11*

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745
Fax: (206) 623-7789