UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GUILD MORTGAGE COMPANY LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER FLOWERS, CORY FLYNN, and LISA JOLLIFFE,<br><br>Defendants. | Case No. 2:23-CV-01955<br><br>**DEFENDANTS' CROSS-PETITION TO VACATE ARBITRATION AWARD** |

1. Defendants CHRISTOPHER FLOWERS, CORY FLYNN, and LISA JOLLIFFE ("Defendants"), by and through their undersigned counsel, for their Cross-Petition to Vacate Arbitration Award, allege as follows:

**NATURE OF THE ACTION**

2. This is an action pursuant to Section 10 of the Federal Arbitration Act, 9 U.S.C. § 1, et seq. ("FAA") and the California Arbitration Act, Code Civ. Proc., §1280 et seq. to vacate the arbitration award issued by JAMS Arbitrator Charles H. Dick, Jr. on September 21, 2023 (the "Final Award") in the arbitration captioned Guild Mortgage Company, LLC, Petitioner and Counter- Respondent vs. Christopher "Jordan" Flowers, Respondent and Counter-Petitioner and Cory Flynn and Lisa Jolliffe, Respondents, JAMS Case No. 10038185.

DEFENDANTS' CROSS-PETITION TO VACATE ARBITRATION AWARD (2:23-CV-01955) - 1

153182992.2

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

## THE PARTIES

3. Plaintiff Guild Mortgage Company, LLC ("Guild") is an independent mortgage bank specializing in residential home loans. Its principal place of business is San Diego, California, and it is licensed to facilitate home loans in Washington and most other states in the United States.

4. Defendants Christopher Flowers, Cory Flynn, and Lisa Jolliffe are individuals who are former employees of Guild. Guild obtained the Final Award against Defendants in arbitration proceedings arising out of Defendants' employment with Guild.

## JURISDICTION AND VENUE

5. The Court has subject matter jurisdiction based upon 28 U.S.C. § 1332, based upon diversity of citizenship where the amount in controversy exceeds $75,000 exclusive of interest and costs.

6. Defendants object to venue in this Court. Venue is proper in California under 9 U.S.C. § 10(a) because the Final Award was made and issued by a JAMS arbitrator located in San Diego, California and, with the exception of the evidentiary hearing, the JAMS proceedings were conducted in California by a California attorney applying California law.

7. Defendants' Cross-Petition to Vacate Arbitration Award is timely under 9 U.S.C. § 12 because it is filed within three months of issuance of the Final Award.

8. Simultaneously with filing this Cross-Petition, Defendants have filed a Petition to Vacate Arbitration Award in the Superior Court for San Diego County, California. A true and correct copy of Defendants' Petition to Vacate Arbitration Award is attached hereto as **Exhibit A**.

## FACTUAL BACKGROUND

9. Defendant Jordan Flowers is a residential loan officer with many years of experience. Flowers was employed in Guild's Kirkland, Washington Branch as its Branch Manager and functioned as one of the leading loan officers in the Branch.

DEFENDANTS' CROSS-PETITION TO VACATE ARBITRATION AWARD (2:23-CV-01955) - 2

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

153182992.2

10. Defendant Cory Flynn is also a residential loan officer with many years of experience. Flynn joined Guild's Kirkland Branch in 2016, where he managed a team of loan assistants.

11. Defendant Lisa Jolliffe joined Guild's Kirkland Branch in 2011, rising to be Operations Manager.

12. Defendants left Guild, together with over twenty of their Kirkland-based colleagues, and joined a competing mortgage lender, CrossCountry Mortgage, LLC ("CCM"), on July 1, 2021.

13. In the years leading up to their departure, Defendants and their colleagues observed that Guild's senior management neglected the high-performing Kirkland Branch and failed to provide adequate support and competitive mortgage products that were necessary to the branch's continued success. Defendants attempted in vain to correct these deficiencies, but their concerns fell on deaf ears.

14. On August 23, 2021, Guild initiated an arbitration action with JAMS in San Diego, California by filing a Statement of Claim pursuant to its Mutual Arbitration Agreement with each Defendant. Guild brought claims against Defendants based solely on California law and the written employment agreements between Guild and each Defendant, which were also governed by California law.

15. On September 8, 2022, Guild filed a Second Amended Statement of Claim against Defendants. The Second Amended Statement of Claim alleged claims for Breach of Contract, Breach of Fiduciary Duties, Violation of California Penal Code §502, Conversion, Fraud, Unfair Competition, Tortious Interference with Contract, Tortious Interference with Prospective Economic Advantage, and Unjust Enrichment. Guild sought injunctive relief, disgorgement of commissions, and other money damages.

16. Guild's claims against Defendants were premised on two general claims: (1) alleged misappropriation and misuse of "confidential information" belonging to Guild; and (2)

DEFENDANTS' CROSS-PETITION TO VACATE ARBITRATION AWARD
(2:23-CV-01955) - 3

153182992.2

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

alleged solicitation of Guild employees and customers, in contravention of restrictive covenants contained in various written employment agreements. Guild's claims were based upon the same nucleus of alleged facts. Specifically, Guild alleged that Defendants: (1) downloaded and transferred electronic files from Guild's computer systems containing their "pipeline" (*i.e.* customer and potential referral source lists); (2) solicited their co-workers to leave Guild and join CCM; and (3) solicited Guild customers to obtain loans from CCM.

17. Guild also filed suit against CCM in the Western District of Washington in October 2021, claiming civil conspiracy, tortious interference, and other causes of action.

18. The arbitration and civil claims proceeded on parallel tracks, which afforded Guild the opportunity to utilize the broad discovery rules under the Federal Rules of Civil Procedure to obtain voluminous written discovery from CCM, Defendants, and other third parties, while also evading reciprocal broad discovery into its practices regarding uploading pipeline lists of other high-performing loan officers who joined Guild and the wholesale hiring of branch offices from competing lenders.

19. Ultimately, after incurring substantial attorney's fees on discovery and motion practice, Guild's lawsuit against CCM was dismissed due to lack of diversity jurisdiction. Guild re-filed its complaint in the Superior Court for the County of San Diego, California on December 23, 2022 under Case No. 37-2022-0051488-CU-BT-CTL. Several of its claims against CCM were dismissed on demurrer based upon California Uniform Trade Secrets Act ("CUTSA") preemption on August 14, 2023.

20. Meanwhile, the arbitration proceeded to a hearing on the merits in Seattle, Washington. After extensive discovery in both federal court between Guild and CCM and in the JAMS arbitration, the parties appeared before Arbitrator Charles H. Dick, Jr. from April 18-25, 2023. On June 6, 2023, Arbitrator Dick issued an Interim Award, awarding Guild $7,424,446 in lost profits against all Defendants, $500,000 in punitive damages against Flowers, and

DEFENDANTS' CROSS-PETITION TO VACATE ARBITRATION AWARD
(2:23-CV-01955) - 4

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

153182992.2

disgorgement of commissions and compensation in the amount of $383,902 against Defendants ($252,782 against Flowers, $113,478 against Flynn and $17,642 against Jolliffe).

21. On June 21, 2023, Defendants filed a Motion to Reconsider, challenging in particular the award of speculative lost profits, the arbitrator's award of damages on claims that were preempted by CUTSA, and the order requiring disgorgement of earned commissions. Defendants also opposed Guild's attorney's fees and costs claim, which was unsubstantiated and consisted primarily of fees and costs incurred in connection with Guild's dismissed federal court lawsuit against CCM. On August 9, 2023, Arbitrator Dick heard oral argument on Defendants' Motion and Guild's fee application.

22. On August 17, 2023, Defendants filed in the JAMS arbitration the August 14, 2023 San Diego Superior Court decision dismissing Guild's claims against CCM on demurrer based upon CUTSA preemption and asserted that the ruling was germane to and should control the arbitrator's consideration of the issue of CUTSA preemption. On August 30, 2023, the arbitrator heard oral argument and closed the evidence.

23. On September 21, 2023, JAMS issued and served the arbitrator's Final Award on the parties via e-mail. The Final Award reaffirmed the damages awarded in the Interim Award and further awarded attorney fees of $2,359,584 and costs of $68,547, for a total of $10,736,479.

24. Simultaneously with filing this Cross-Petition to Vacate Arbitration Award, Defendants have filed a Petition to Vacate Arbitration Award in the San Diego Superior Court (**Exhibit A**).

25. Defendants request this Court stay Guild Mortgage Company LLC's Petition and Motion to Confirm Arbitration Award, because venue is proper in San Diego, California based upon 9 U.S.C. § 10(a).

26. Section 1 of the parties' Mutual Arbitration Agreement provides that the arbitrator's award "may be entered as a judgment in any court of competent jurisdiction." Pursuant to 9 U.S.C. § 9, if the parties' agreement does not specify the court where the arbitration

DEFENDANTS' CROSS-PETITION TO VACATE ARBITRATION AWARD (2:23-CV-01955) - 5

153182992.2

Fox Rothschild LLP
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

award may be confirmed, vacated, modified, or corrected, "then such application may be made to the United States court in and for the district within which such award was made." Because the Final Award was made in San Diego, California, that venue is the exclusive venue for Guild's Petition and Defendants' Cross-Petition.

## COUNT I - VACATUR OF ARBITRATION AWARD

27. Defendants repeats and realleges Paragraphs 1 - 26 as if fully set forth herein.

28. Defendants move to stay Plaintiffs' Petition and Motion to Confirm Arbitration Award based upon improper venue and 9 U.S.C. § 9.

29. Alternatively, Defendants request the Court vacate the Final Award issued on September 21, 2023 pursuant to 9 U.S.C. § 10 and the California Arbitration Act for the reasons set forth in their Petition to Vacate Arbitration Award and supporting memoranda and pleadings.

30. Arbitration awards may be vacated when the arbitrator exceeds the scope of his authority, including when exhibiting manifest disregard of the law applicable thereto.

31. Arbitration awards may be vacated when the award runs counter to public policy.

32. The Arbitrator exceeded his authority when he rendered the Final Award.

33. Recognizing, confirmative, or enforcing the Final Award runs contrary to public policy.

34. The Final Award should be vacated.

WHEREFORE, Defendants pray for:

A. Judgment that the Arbitrator, in making the Final Award, exceeded his powers;

B. Judgment that the Final Award is manifestly in contravention of California and Washington law;

C. Judgment that the recognition or enforcement of the Final Award would be contrary to public policy;

D. Judgment vacating the Final Award;

//

DEFENDANTS' CROSS-PETITION TO VACATE ARBITRATION AWARD (2:23-CV-01955) - 6

153182992.2

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

1  E. Remanding the hearing; and

2  F. Such other and further relief as the Court may deem just and proper.

4  DATED this 21st day of December, 2023

FOX ROTHSCHILD LLP

*s/ Maureen L. Mitchell*
Maureen L. Mitchell, WSBA #30356
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
Telephone: 206.624.3600
Facsimile: 206.389.1708
Email: MMitchell@FoxRothschild.com

*Attorney for Defendants*

DEFENDANTS' CROSS-PETITION TO VACATE ARBITRATION AWARD
(2:23-CV-01955) - 7

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

153182992.2

# CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the date given below, he/she/they caused to be served a copy of the foregoing document upon the following person(s) as follows:

| | |
|---|---|
| Eric D. Lansverk, WSBA #17218<br>Hillis Clark Martin & Peterson PS<br>999 Third Avenue, Suite 4600<br>Seattle, WA 98104<br>Ph.: 206.623.1745<br>Email: eric.lansverk@hcmp.com;<br><br>Chad S. Hummel (PHV)<br>Eric B. Schwartz (PHV)<br>Renee Pesiri (PHV)<br>Sidley Austin LLP<br>555 West Firth Street, Suite 4000<br>Los Angeles, CA 90013<br>Ph.: 213.896.6000<br>Email: chummel@sildey.com;<br>eschwartz@sidley.com;<br>rpesiri@sidley.com; | ☐ Via Messenger<br><br>☐ Via USPS Mail<br><br>☒ Via Email/ CM/ECF<br><br>☐ Via Overnight Delivery |

*Attorneys for Plaintiff*

DATED this 21st day of December, 2023, at Seattle, Washington.

*s/ Marina Krylov*
Marina Krylov
Attorney Resource Center Specialist

DEFENDANTS' CROSS-PETITION TO VACATE ARBITRATION AWARD (2:23-CV-01955) - 8

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

153182992.2