UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GUILD MORTGAGE COMPANY LLC,<br><br>Plaintiff-Petitioner,<br><br>v.<br><br>CHRISTOPHER FLOWERS, CORY FLYNN, and LISA JOLLIFFE,<br><br>Defendants-Respondents. | No. 2:23-CV-01955-RAJ<br><br>**STIPULATED MOTION FOR ORDER VACATING STAY AND FOR DISMISSAL**<br><br>NOTE FOR MOTION CALENDAR: DECEMBER 16, 2025 |

IT IS STIPULATED by and between the undersigned parties hereto, that the Order Granting Defendants' Motion for Stay entered by the Court in these proceedings on August 6, 2024 (ECF No. 41) be vacated and that this action, including any and all claims or causes of action asserted herein by either Plaintiff-Petitioner Guild Mortgage Company LLC ("Petitioner") or by Defendants-Respondents Christopher Flowers, Cory Flynn, and Lisa Jolliffe ("Respondents"), should be dismissed without prejudice and without costs or fees to any party. This stipulation and this request for dismissal are made pursuant to Federal Rule of Civil Procedure 41(a) and (c).

//

//

//

STIPULATED MOTION FOR ORDER VACATING STAY AND
FOR DISMISSAL - 1
(2:23-CV-01955-RAJ)

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745
Fax: (206) 623-7789

Stipulated and Agreed to this 16th day of December, 2025, by:

HILLIS CLARK MARTIN & PETERSON P.S.


By: */s/ Alexander M. Wu*
Alexander M. Wu, WSBA No.
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745
Email: alex.wu@hcmp.com

*Attorneys for Plaintiff-Petitioner*
*Guild Mortgage Company LLC*

Stipulated and Agreed to this 16th day of December, 2025, by:

FOX ROTHSCHILD LLP


By: */s/ Maureen L. Mitchell*
Maureen L. Mitchell, WSBA No. 30356
1001 4th Ave Ste 4400
Seattle, WA 98154
Tel: (206) 624-3600
Email: mmitchell@foxrothschild.com

*Attorneys for Defendants-Respondents*
*Christopher Flowers, Cory Flynn, and Lisa Jolliffe*

STIPULATED MOTION FOR ORDER VACATING STAY AND
FOR DISMISSAL - 2
(2:23-CV-01955-RAJ)

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745
Fax: (206) 623-7789

## CERTIFICATE OF SERVICE

I certify that I caused to be served a true and correct copy of the foregoing document by method indicated below and addressed to the following:

Rollin Ransom (Pro Hac Vice)
Eric B. Schwartz (Pro Hac Vice)
Renee Pesiri (Pro Hac Vice)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Tel: 213.896.6000
Emails: rransom@sidley.com
eschwartz@sidley.com
rpesiri@sidley.com

*Attorneys for Plaintiff-Petitioner
Guild Mortgage Company LLC*

*Delivery Via:*
[ ] U.S. Mail
[ ] Overnight Mail
[ ] Facsimile
[☒] E-Service
[☒] E-Mail

Maureen L. Mitchell, WSBA No. 30356
FOX ROTHSCHILD LLP
1001 4th Ave Ste 4400
Seattle, WA 98154
Tel: (206) 624-3600
Email: mmitchell@foxrothschild.com

*Attorneys for Defendants-Respondents
Christopher Flowers, Cory Flynn, and Lisa
Jolliffe*

*Delivery Via:*
[ ] U.S. Mail
[ ] Overnight Mail
[ ] Facsimile
[☒] E-Service
[☒] E-Mail

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 16th day of December, 2025, at Seattle, Washington.

/s/Elizabeth Visick
Elizabeth Visick, Legal Assistant
buffy.visick@hcmp.com

STIPULATED MOTION FOR ORDER VACATING STAY AND
FOR DISMISSAL - 3
(2:23-CV-01955-RAJ)

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745
Fax: (206) 623-7789