UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GUILD MORTGAGE COMPANY LLC,<br><br>Plaintiff-Petitioner,<br><br>v.<br><br>CHRISTOPHER FLOWERS, CORY FLYNN, and LISA JOLLIFFE,<br><br>Defendants-Respondents. | No. 2:23-cv-01955-RAJ<br><br>**ORDER GRANTING STIPULATED MOTION FOR ORDER VACATING STAY AND FOR DISMISAL** |

THIS MATTER came before the Court upon the parties' Stipulated Motion for Order Vacating Stay and for Dismissal (the "Motion"). The Court considered the Motion and all other records filed in these proceeding. Having considered the foregoing and otherwise being fully advised; NOW THEREFORE,

IT IS ORDERED that the Motion is GRANTED, the Order entered August 29, 2024 staying these proceedings is VACATED, and any and all claims or causes of action asserted herein, are hereby DISMISSED without prejudice and without costs or fees to any party.

DATED this 16th day of December, 2025.

*Richard A. Jones*
HONORABLE RICHARD A. JONES

ORDER GRANTING STIPULATED MOTION FOR ORDER VACATING STAY AND FOR DISMISSAL - 1
2:23-cv-01955-RAJ

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745
Fax: (206) 623-7789